

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 26, 2022**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   JASON ANTHONY DAVIS                                   Case No. 22-50315-KMS
         CAROL MARIE DAVIS, Debtors                                      CHAPTER 13

### ORDER

ON THIS DATE the Court considered the Motion to Disburse Funds (dk # 22) and no objection to the motion was timely filed by any party. It is therefore,

**ORDERED** and **ADJUDGED** that The Rollins Law Firm shall disburse the garnishment funds received as follows:

1. $855.56 to The Rollins Law Firm,
2. $998.19 to Warren A. Cuntz, Jr., Chapter 13 Trustee to be applied to Debtors' General Unsecured Creditors,
3. $574.86 to the Debtors.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS